IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIKE HUBBARD AND LYNN HUBBARD,<br>        Plaintiffs<br><br>vs.<br><br>BLUE CROSS AND BLUE SHIELD OF TEXAS, A DIVISION OF HEALTH CARE SERVICE CORPORATION,<br>        Defendant | No. 4:19-CV-2283 |

## APPENDIX TO NOTICE OF REMOVAL

Defendant Health Care Service Corporation, a Mutual Legal Reserve Company, doing business through its division Blue Cross and Blue Shield of Texas ("BCBSTX" or "Defendant") respectfully files the following Appendix to Notice of Removal.

Exhibit 1: Citation in Case No. 13189CV; *Mike Hubbard and Lynn Hubbard v. Blue Cross Blue Shield of Texas*; In the County Court at Law, Walker County, Texas, issued on May 24, 2019.

Exhibit 2: Original Petition in Case No. 13189CV, filed May 24, 2019.

Exhibit 3: Original Answer in Case No. 13189CV, filed June 20, 2019.

Exhibit 4: Docket sheet in Case No. 13189CV

Exhibit 5: List of all counsel of record.

Exhibit 6: Civil Cover Sheet

Respectfully submitted,

By:/s/ Andrew F. MacRae
ANDREW F. MACRAE
State Bar No. 00784510
LEVATINO|PACE PLLC
1101 S. Capital of Texas Hwy
Building K, Suite 125
Austin, Texas 78746
Tel:  (512) 637-1581
Fax:  (512) 637-1583
andrew@lpfirm.com

Attorney for Defendant

| CLERK OF THE COURT: | ATTORNEY FOR PLAINTIFF |
|---|---|
| Kari A. French<br>County Clerk<br>1100 University Ave, Suite 201<br>Huntsville, Texas 77340<br>(936) 436-4922 | P. Jacob Paschal<br>Haney.Moorman.Paschal, P.C.<br>1300 11th Street, Suite 405<br>Huntsville, Texas 77340<br>(936) 295-3712 |

CAUSE NO. 13189CV

THE STATE OF TEXAS
**CITATION FOR PERSONAL SERVICE**

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by Ten O'clock (10:00) A.M. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taken against you."

TO: BLUE CROSS BLUE SHIELD, DEFENDANT
C/O REGISTERED AGENT CORPORATION SERVICE COMPANY
211 EAST 7TH STREET, SUITE, AUSTIN, TX 78701
OR WHEREVER THEY MAY BE FOUND

GREETINGS: You are hereby commanded to appear before the COUNTY COURT AT LAW of Walker County, Texas, to be held at the Courthouse of said County in the City of Huntsville, Texas, by filing a written answer to PLAINTIFF'S ORIGINAL PETITION AND WRITTEN DISCOVERY REQUESTS at or before Ten o'clock (10:00) A.M. on the Monday next after the expiration of twenty (20) days after the date of service hereof, a copy of PLAINTIFF'S ORIGINAL PETITION AND WRITTEN DISCOVERY REQUESTS which accompanies this citation in Cause Number 13189CV, filed on the docket of said Court on this date: **May 24, 2019**, and styled,

**MIKE HUBBARD AND LYNN HUBBARD, Plaintiff**
**v.**
**BLUE CROSS BLUE SHIELD, Defendants**

The officer executing this writ shall serve the same according to the requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Huntsville, Texas, this date: **May 24, 2019**.

ATTEST: KARI A. FRENCH,
COUNTY CLERK
WALKER COUNTY, TEXAS

By: _Maren Gladden_, Deputy
Maren Gladden

**EXHIBIT 1**

13189CV

Walker County - County Court at Law

Filed: 5/24/2019 9:21 AM
Kari French
County Clerk
Walker County, Texas

Maren Gladden

## CAUSE NO. _____

| | | |
|---|---|---|
| MIKE HUBBARD AND LYNN HUBBARD<br>Plaintiffs, | § § § § | IN THE COUNTY COURT |
| V. | § § | AT LAW OF |
| BLUE CROSS BLUE SHIELD OF TEXAS<br>Defendant. | § § § | WALKER COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE

**TO THE HONORABLE COURT:**

COME NOW, **MIKE HUBBARD and LYNN HUBBARD**, hereinafter referred to as Plaintiffs, complaining of **BLUE CROSS BLUE SHIELD OF TEXAS**, hereinafter referred to as Defendant, and for cause of action would show the Court as follows:

**I.**
**Discovery Control Plan**

1.1   Discovery is intended to be conducted under Level III of Tex. R. Civ. P. 190. Plaintiffs hope to enter into an agreement regarding discovery control plan specifically tailored for this case. However, if the parties cannot agree to a discovery control plan, Plaintiffs request that the court enter a discovery control plan specifically tailored for this case.

**II.**
**Parties**

2.1   Plaintiffs reside in Huntsville, Walker County, Texas.

2.2   Defendant, BLUE CROSS BLUE SHIELD OF TEXAS, is a Division of Health Care Service Corporation principal place of business located at 300 East Randolph Street, Chicago, IL 60601. Defendant's registered agent is Corporation Service Company, while can be

Plaintiff's Original Petition and Requests for Disclosure                                                                                           Page 1

**EXHIBIT 2**

located at 211 East 7th Street, Suite 620, Austin, Texas 78701. Plaintiffs request that citation be issued and that Defendant's registered agent be served with process at the address listed above or wherever they may be found.

## III.
## Venue and Jurisdiction

3.1   This Court has jurisdiction over the Parties to this lawsuit. This Court has subject matter jurisdiction over the controversies between the Parties. The amount in controversy is within the jurisdictional limits of this Court. All conditions precedent to bringing this action have occurred.

3.2   This court has personal jurisdiction herein because Defendant is a Texas resident and/or Texas entity.

3.3   Venue is proper in Walker County because the events giving rise to this cause of action occurred in Walker County, Texas.

## IV.
## Factual Background

4.1   On January 1, 2016, Defendant was supposed to cancel Plaintiff Mike Hubbard's health insurance policy as he was eligible for Medicare. Unbeknownst to Plaintiffs, Defendant cancelled Plaintiff Lynn Hubbard's policy and not Plaintiff Mike Hubbard's policy.

4.2   In March 2016, Plaintiffs discovered that Defendant had not paid Plaintiff Lynn Hubbard's hospital bill.

4.3   From March 2016 through November 2017, Plaintiffs spent numerous hours on the phone with Defendant to find out what occurred. Eventually, Plaintiffs discovered Defendant had cancelled the wrong policy.

4.4   Therefore, Plaintiff Lynn Hubbard had no insurance when she needed it and

Plaintiff Mike Hubbard was paying for insurance he did not need.

4.5 Defendant failed to disclose and hid these issues from Plaintiffs.

## V.
## Causes of Action

5.1 Plaintiffs assert the following causes of action against Defendant.

**A. Breach of Contract**

5.2 Plaintiffs entered into a contract with Defendant. Defendant breached the contract by failing to provide insurance for Plaintiff Lynn Hubbard and failing to cancel Plaintiff Mike Hubbard's policy. Plaintiffs have performed all necessary conditions precedent to the contract. Therefore, Plaintiffs are entitled to damages for Defendant breaching the contract.

**B. Negligence**

5.3 Defendant owed a duty to Plaintiffs. Defendant breached that duty by failing to provide insurance for Plaintiff Lynn Hubbard and failing to cancel Plaintiff Mike Hubbard's policy. Defendant proximately caused the damages that Plaintiffs sustained.

**C. Negligent Misrepresentation**

5.4 Defendant made a representation to Plaintiffs in the course of Defendant's business or in a transaction in which Defendant had a pecuniary interest. Defendant supplied false information for the guidance of others. Defendant did not use reasonable care in obtaining or communicating the information. Plaintiffs justifiably relied on the representation. Defendant's negligent misrepresentation proximately caused the Plaintiffs' injury.

**D. Unjust Enrichment**

5.5 Plaintiffs have paid Defendant more than Defendant should have been paid. Therefore, Defendant has been unjustly enriched. Plaintiffs are entitled to recover the excess

money paid to Defendant.

E. **Promissory Estoppel**

5.6    Defendant made a promise to Plaintiffs. Plaintiffs reasonably and substantially relied on the promise to its detriment. Plaintiffs' reliance was foreseeable for Defendant. Injustice can be avoided only by enforcing Defendant's promise.

## VI.
## Damages

6.1    Plaintiffs sustained the following economic and actual damages as a result of the actions and/or omissions of Defendants described hereinabove:

    a.    Actual damages;

    b.    Expectation interest;

    c.    Reliance interest;

    d.    Restitution interest;

    e.    Out of pocket expenses, including but not limited to $42,393.28;

    f.    Mitigation costs; and

    g.    Contract rescission.

6.2    Plaintiffs sue to recover pre-judgment interest and post-judgment interest, as allowed by law.

6.3    Plaintiffs sue to recover court costs as allowed by law.

6.4    Plaintiffs seek recover of attorney fees pursuant to section 38.001 of the Texas Civil Practice and Remedies Code.

6.5     Plaintiffs are entitled to recover reasonable attorney fees from Defendant because the claims alleged herein arise from failure to provide insurance for Plaintiff Lynn Hubbard and failure to cancel Plaintiff Mike Hubbard's policy.

6.6     All of the claims asserted by Plaintiffs against Defendant are dependent on the same set of facts and circumstances and are thus intertwined to the point of being inseparable.

## VII.
## Attorney's Fees

7.1     Request is made for all costs and reasonable and necessary attorney's fees incurred by or on behalf of Plaintiffs herein, including all fees necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just.

## VIII.
## Request for Disclosure

8.1     Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant is requested to disclose information and material described in Rule 194.2 (a)(1) within fifty (50) days of service of this request.

## IX.
## Jury Demand

9.1     Plaintiffs demand a jury trial.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs, Mike Hubbard and Lynn Hubbard, respectfully pray that the Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiffs against Defendant for the economic and actual damages requested hereinabove in an amount in excess of the minimum

jurisdictional limits of the Court, together with prejudgment and postjudgment interest at the maximum rate allowed by law, attorney's fees, costs of court, and such other and further relief to which the Plaintiffs may be entitled at law or in equity, whether pled or unpled.

Respectfully submitted,

HANEY MOORMAN PASCHAL, P.C.

By: _____
P. JACOB PASCHAL
Texas Bar No. 24065878
1300 11th Street, Suite 405
Huntsville, Texas 77340
Tel: (936) 295-3712
Fax: (936) 295-3714
jpaschal@hmp-attorneys.com

**ATTORNEY FOR PLAINTIFFS**

Filed 6/20/2019 12:28 PM
Kari French
County Clerk
Walker County, Texas

Maren Gladden

CAUSE NO. 13189cv

| | | |
|---|---|---|
| **MIKE HUBBARD and LYNN HUBBARD,** | § § § | **IN THE COUNTY COURT** |
| **Plaintiffs,** | § § | |
| v. | § § | **AT LAW** |
| **BLUE CROSS AND BLUE SHIELD OF TEXAS,** | § § § § | |
| **Defendant.** | § | **WALKER COUNTY, TEXAS** |

## ORIGINAL ANSWER

Defendant Health Care Service Corporation, a Mutual Legal Reserve Company, doing business through its division Blue Cross and Blue Shield of Texas ("BCBSTX" or "Defendant"), files the following Original Answer.

### I.
### GENERAL DENIAL

Defendant denies each and every, all and singular, the material allegations contained in the Plaintiffs' Original Petition and demands strict proof by a preponderance of the evidence. This constitutes a general denial pursuant to Rule 92 of the Texas Rules of Civil Procedure.

### II.
### AFFIRMATIVE DEFENSES

Plaintiffs have failed to state a claim upon which relief can be granted.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that Plaintiffs take nothing by this lawsuit and Defendant recover its costs.  Defendant further requests such other relief, both legal and equitable, to which it may show itself justly entitled.

**EXHIBIT 3**

Respectfully submitted,

By: /s/ Andrew F. MacRae
    ANDREW F. MACRAE
    *State Bar No. 00784510*
    LEVATINO|PACE PLLC
    1101 S. Capital of Texas Highway
    Building K, Suite 125
    Austin, Texas 78746
    Tel: (512) 637-1581
    Fax: (512) 637-1583
    andrew@lpfirm.com

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I forwarded a true and correct copy of this Original Answer on June 20, 2019, via e-mail and/or electronic filing, to the following counsel of record:

P. Jacob Paschal
Haney Moorman Paschal, P.C.
1300 11th Street, Suite 405
Huntsville, Texas 77340
jpaschal@hmp-attorneys.com

    /s/ Andrew F. MacRae
    Andrew F. MacRae

6/20/2019 Case 4:19-cv-02283 Document 1-1 Filed on 06/20/19 in TXSD Page 12 of 14 odysseypa.tylerhost.net/Walker/CaseDetail.aspx?CaseID=590688

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                                                            Location : All Courts

# REGISTER OF ACTIONS
### CASE NO. 13189CV

| | | | |
|---|---|---|---|
| **Mike Hubbard and Lynn Hubbard vs Blue Cross Blue Shield of Texas** | § § § § § | Case Type: | **CV - Contract - Other** |
| | | Date Filed: | **05/24/2019** |
| | | Location: | **County Court At Law** |

## PARTY INFORMATION

|  |  | Attorneys |
|---|---|---|
| **Defendant** | **Blue Cross Blue Shield of Texas** | **Andrew F, MacRae** *Retained* 512-637-1581(W) |
| **Plaintiff** | **Hubbard, Lynn** Huntsville, TX 77340 | **P. JACOB PASCHAL** *Retained* 936-295-3712(W) |
| **Plaintiff** | **Hubbard, Mike** Huntsville, TX 77340 | **P. JACOB PASCHAL** *Retained* 936-295-3712(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**
05/24/2019 Original Petition (OCA)
05/24/2019 Citation Issued
06/20/2019 Defendant's Original Answer

## FINANCIAL INFORMATION

| | | |
|---|---|---:|
| **Plaintiff** Hubbard, Mike | | |
| Total Financial Assessment | | 256.00 |
| Total Payments and Credits | | 256.00 |
| **Balance Due as of 06/20/2019** | | **0.00** |
| 05/24/2019 Transaction Assessment | | 256.00 |
| 05/24/2019 E-Filing Payment | Receipt # CC-62135    Hubbard, Mike | (256.00) |

**EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MIKE HUBBARD AND LYNN HUBBARD, | ) ) |
| Plaintiffs | ) |
| | ) |
| vs. | ) |
| | ) |
| BLUE CROSS AND BLUE SHIELD OF TEXAS, | ) ) |
| Defendant | ) |

**LIST OF ALL COUNSEL OF RECORD**

Counsel for Plaintiff:

P. Jacob Paschal
State Bar No. 24065878
Haney Moorman Paschal, P.C.
1300 11th Street, Suite 405
Huntsville, Texas 77340
Tel:   (936) 295-3712
Fax:   (936) 295-3714
jpaschal@hmp-attorneys.com


Counsel for Defendant
 Andrew F. MacRae
 State Bar No. 00784510
 LEVATINO|PACE PLLC
 1101 S. Capital of Texas Hwy
 Building K, Suite 125
 Austin, Texas 78746
 Tel:  (512) 637-1581
 Fax:  (512) 637-1583
 andrew@lpfirm.com

**EXHIBIT 5**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Mike Hubbard and Lynn Hubbard

## DEFENDANTS
Blue Cross and Blue Shield of Texas, a Division of Health Care Service Corporation

**(b)** County of Residence of First Listed Plaintiff: **Walker**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
P. Jacob Paschal, Haney, Moorman Paschal, P.C., 1300 11th Street, Suite 405, Huntsville, Texas 77340; 936/295-3712

Attorneys *(If Known)*
Andrew F. MacRae, 1101 S. Capital of Texas Hwy, Building K, Suite 125, Austin, Texas 78746; 512/637-8565

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☒ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY (cont.)**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1441

Brief description of cause:
Health insurance dispute

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 06/24/2019
SIGNATURE OF ATTORNEY OF RECORD: /s/ Andrew F. MacRae

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

**EXHIBIT 6**